STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Plaintiffs
HOLLYMATIC CORPORATION and JAMES AZZAR

STEVEN L. UNDERWOOD
sunderwood@priceheneveld.com
PRICE HENEVELD LLP
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, Michigan 49501
Telephone – (616) 949-9610
Facsimile – (616) 957-8196
*Co-Counsel for Plaintiffs (Admitted Pro Hac Vice)*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYMATIC CORPORATION, an Illinois corporation, and JAMES AZZAR, a Michigan resident,<br><br>  Plaintiffs,<br>v.<br>INTERSTATE MEAT & PROVISION d/b/a STERLING MEAT COMPANY, a California corporation,<br><br>  Defendants. | CASE NO. CV12-3246 R (AGRx)<br><br>**ORDER**<br><br>JS-6 |

Based upon the Stipulation to Dismiss entire action with prejudice, with each party to bear its own attorneys fees, costs and expenses, IT IS HEREBY ORDERED:

///

///

///

1 that the entire action be dismissed with prejudice, and each party is to fully bear its
2 own attorneys fees, costs and expenses.
3 It is so ORDERED.

5 Dated: January 17, 2013

_____
HONORABLE MANUEL L. REAL
U.S. District Judge